FILED

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0710

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0710

STATE OF MONTANA,

　　　　Plaintiff and Appellee,

v.

JOSHUA WAYNE REAMS,

　　　　Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 24, 2020, within which to prepare, serve, and file the State's response.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 18 2020